1

2

3

4        UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
5                AT SEATTLE

6   MELVIN L. HARRIS,

7              Plaintiff,

8       v.                                    Case No. C13-853RSL

9   PUBLIC HEALTH OF SEATTLE AND              ORDER TO SHOW CAUSE
    KING COUNTY, JOHN and JANE DOE'S,
10

11             Defendants.

12

13          On June 7, 2013, the Honorable Brian A. Tsuchida, United States Magistrate Judge,

14   issued his Report and Recommendation in the above-captioned matter.  The Report and

15   Recommendation was mailed to plaintiff, but was returned unopened on June 17, 2013, as

16   plaintiff apparently no longer resides at the address on file with the Court.

17          The Clerk of Court is directed to strike the Report and Recommendation from the

18   Court's motion calendar and to note a "Rule 41 dismissal proceeding" on the calendar for

19   August 23, 2013.  If plaintiff fails to notify the Court and opposing parties of his current

20   address by that date, the Court will dismiss the action without prejudice for failure to prosecute

21   under Local Rule 41(b)(2).

22          DATED this 20th day of June, 2013.

23

24                                        _____
                                          Robert S. Lasnik
25                                        United States District Judge

26

ORDER TO SHOW CAUSE - 1